# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered: January 19, 2017        D-6-17

_____

In the Matter of WILLIAM
    FRANKLIN HOWARD, an Attorney.      MEMORANDUM AND ORDER
                                          ON MOTION

(Attorney Registration No. 5030291)

_____

Calendar Date: January 11, 2017

Before: McCarthy, J.P., Garry, Rose, Clark and Mulvey, JJ.

_____

William Franklin Howard, Baltimore, Maryland, pro se.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

_____

Per Curiam.

William Franklin Howard was admitted to practice by this Court in 2012 and lists a business address in Baltimore, Maryland with the Office of Court Administration. Howard now seeks leave to resign from the New York bar for nondisciplinary reasons (see Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department advises that it does not oppose Howard's application.

Upon reading the affidavit of Howard sworn to August 17, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Howard is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

McCarthy, J.P., Garry, Rose, Clark and Mulvey, JJ., concur.

ORDERED that William Franklin Howard's application to resign is granted and his nondisciplinary resignation is accepted; and it is further

ORDERED that William Franklin Howard's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Uniform Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that William Franklin Howard shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.

ENTER:

Robert D. Mayberger
Clerk of the Court